FILED

09/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0315

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0315

ALYSON RAGSDALE,

      Plaintiff and Appellant,

v.

POWDER RIVER COUNTY,

      Defendant and Appellee.

**ORDER OF DISMISSAL**

Upon review of the Unopposed Motion to Dismiss, IT IS HEREBY ORDERED that the motion is GRANTED. This matter is hereby dismissed with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 24 2021